726 A.2d 254

IN THE MATTER OF JOSEPH A. PANEPINTO,
AN ATTORNEY AT LAW.

March 22, 1999.

## ORDER

This matter having been duly presented to the Court, it is
ORDERED that **JOSEPH A. PANEPINTO** of **JERSEY CITY**,
who was admitted to the bar of this State in 1970, and who was
suspended from the practice of law for a period of two years
retroactive to February 7, 1997 by Order of this Court dated
February 23, 1999, be restored to the practice of law, effective
immediately.